JOANDOR REALTY CORPORATION, Landlord, Respondent, *v.* ELI
ZION et al., Tenants, Appellants.

Supreme Court, Appellate Term, First Department, April 5, 1945.

*Samuel Hecht* for appellants.

*Samuel Bierman, Martin Rubin* and *George M. Jaffin* for respondent.

MEMORANDUM *Per Curiam.* The loft is predominently used for commercial purposes and the lease is an indivisible one. Accordingly, the premises are protected by the Commercial Rent Law (L. 1944, ch. 3).

The final order should be reversed, with $30 costs, and petition dismissed on the merits, with costs.

SHIENTAG, McLAUGHLIN and HECHT, JJ., concur.

Order reversed, etc.